IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,554






EX PARTE ODIS CLINT FARRAR, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 8528 IN THE 8TH DISTRICT COURT


FROM FRANKLIN COUNTY






 Per curiam.


O P I N I O N



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault, family
violence, and sentenced to two years' imprisonment. He did not appeal his conviction. 

 Applicant contends that his conviction is illegal because the enhancement alleged to make
this a felony offense was improper. We remanded this application to the trial court for findings of
fact and conclusions of law.

 The trial court determined that Applicant has never been previously convicted of a family
violence assault and therefore this felony conviction is improper. Applicant is entitled to relief. 

 Relief is granted. The judgment in Cause No. 8528 in the 8th Judicial District Court of
Franklin County is set aside, and Applicant is remanded to the custody of the sheriff of Franklin
County to answer the charges against him.

 Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional
Institutions Division and Pardons and Paroles Division.


Delivered: May 11, 2011

Do Not Publish